UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| GREGORY A. CAUDILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:19-CV-183-TAV-CRW ) |
| ERIC RICE, | ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Defendant's motion for summary judgment [Doc. 23] is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT